1    **WO**

2

3

4              IN THE UNITED STATES DISTRICT COURT

5               FOR THE DISTRICT OF ARIZONA

6

7    United States of America,                    )

8              Plaintiff,          )        **CR-05-1144-PHX-SMM**
                                    )
9    vs.                           )        **DETENTION ORDER**
                                    )
10                                  )
     Elias Zapien,                  )
11                                  )
              Defendant.            )
12                                  )
                                    )
13   _____)

14         Defendant  appeared before this Court on a Petition for Revocation of Supervised

15   Release. The issue of detention was submitted to the Court. The Court considered the

16   Petition and file in determining whether defendant should be released on conditions set by

17   the Court.

18         The Court finds that defendant has failed to carry his burden of establishing that he

19   does not pose a serious flight risk  pursuant to Rule 32.1(a)(6), Federal Rules of Criminal

20   Procedure.

21         The Court concludes, therefore, by a preponderance of the evidence, that

22   defendant is a serious flight risk and that  there is no condition or combination of

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

conditions that will reasonably assure his appearance at future proceedings.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 18th day of January, 2012.

Edward C. Voss
United States Magistrate Judge